# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| TYRON BLANDING, | : | No. 121 EM 2016 |
| Petitioner | : | |
| v. | : | |
| DEPARTMENT OF CORRECTIONS, ET AL., | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.